UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 6:22-cv-2051-PGB-EJK

RAY MOUNT,

    Plaintiff,

v.

AMERICA'S INSURED, LLC,
CHRISTOPHER ALLENGER
and KENNETH PARSONS,

    Defendants.

_____/

## JOINT MOTION FOR THE ENTRY
## OF A STIPULATED PERMANENT INJUNCTION

Plaintiff Ray Mount ("Mr. Mount" or "Plaintiff") and Defendants Kenneth Parsons and Christopher Allenger (collectively, "Defendants") jointly ask the Court to enter a stipulated permanent injunction against the Defendants The grounds for this request are as follows:

1. On November 4, 2022, Mr. Mount filed a complaint against the Defendants, asserting a number of trademark infringement-related claims in connection with Defendants' unauthorized use of the **AMERICA'S INSURED** standard character mark ("the Registered Mark") which is registered on the Principal Register of the United States Patent and Trademark Office and embodied in U.S. Trademark Registration No. 6,759,316 ("the '316 Registration"). ECF No. 1.

2. Pursuant to their Confidential Settlement Agreement, the Parties agree that the proposed Permanent Injunction filed herewith may be filed and entered by the Court.

3. Specifically, on December 22, 2023 or upon prior written request from Plaintiff, Parsons and Allenger, their agents, servants, employees, attorneys, successors and assigns and all persons in active concert or participation with any of them, individually or collectively, shall be immediately and permanently enjoined from:

   a. Using the Registered Mark, the phrase "The Place Where America's Insured", or any other standard character or design mark confusingly similar thereto, or any other name or mark likely to cause confusion with any of the foregoing, in connection with advertisement, sale, rendering, or offering of any insurance agency and brokerage goods or services;

   b. Using the Registered Mark, the phrase "The Place Where America's Insured", or any other standard character or design mark confusingly similar thereto, or any other name or mark likely to cause confusion with any of the foregoing, in any digital, print, or online advertisements, domain names, websites, search engine optimization, banners, labels, signs, prints, packages, or other promotional or sales materials;

   c. Doing any other act or thing likely to confuse, mislead or deceive others into believing that Defendants' goods or services emanate from, or are connected with, sponsored by or approved by Mr. Mount;

    d. Employing any false advertisements or counterfeit or infringing goods, labels, signs, prints, packages, wrappers, receptacles, advertisements or other printed or electronic materials bearing the Registered Mark, the phrase "The Place Where America's Insured", or any other standard character or design mark confusingly similar thereto, or any other name or mark likely to cause confusion with any of the foregoing, or any reproduction, counterfeit, copy or colorable imitation of it; and

    e. Assisting, aiding or abetting any person or entity in engaging in any of the activity prohibited in paragraphs (a) through (d) above.

Accordingly, the Parties ask the Court to enter a Stipulated Order for Permanent Injunction, a draft copy of which will be provided to the Court upon request.

Dated: December 4, 2023

| | |
|---|---|
| */s/ Salvatore Fazio* <br> Salvatore Fazio <br> Florida Bar No.:127525 <br> sfazio@500law.com <br> docketing@500law.com <br> **500law** <br> Museum Plaza <br> 200 S Andrews Ave Ste. 100 <br> Fort Lauderdale, Florida 33301 <br> Tel.: (954) 351-7474 <br> *Attorneys for Plaintiff* | */s/ Todd M. Hoepker* <br> Todd M. Hoepker, Esq. <br> Florida Bar No.: 507611 <br> toddhoepker@hoepkerlaw.com <br> **Todd M. Hoepker, P.A.** <br> PO Box 3311 <br> Orlando, FL 32802-3311 <br> Tel.: (407) 426-2060 <br> Fax: (407) 426-2066 <br> *Attorneys for Defendants* |