# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAY MOUNT,**

       **Plaintiff,**

v.                                 **Case No: 6:22-cv-2051-PGB-EJK**

**AMERICA'S INSURED, LLC,
CHRISTOPHER ALLENGER
and KENNETH PARSONS,**

       **Defendants.**

_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for the Entry of a Stipulated Permanent Injunction. (Doc. 73). Upon consideration, the Motion is due to be granted.

Plaintiff Ray Mount (the "**Plaintiff**") filed a complaint against Defendants America's Insured, LLC, Christopher Allenger ("**Allenger**"), and Kenneth Parsons ("**Parsons**") asserting a number of trademark infringement-related claims in connection with Defendants' unauthorized use of the AMERICA'S INSURED standard character mark (the "**Registered Mark**"), which is registered on the Principal Register of the United States Patent and Trademark Office and embodied in U.S. Trademark Registration No. 6,759,316 (the "**'316 Registration**"). Plaintiff and Defendants have entered into a settlement and stipulate to the entry of this

Stipulated Order for Permanent Injunction (the "**Order**") to resolve the matters in dispute in this action between them.

      **THEREFORE, IT IS ORDERED** as follows:

1.    Allenger and Parsons, their agents, servants, employees, attorneys, successors and assigns and all persons in active concert or participation with any of them, individually or collectively, shall be immediately and permanently enjoined from:

    a.    Using the Registered Mark, the phrase "The Place Where America's Insured", or any other standard character or design mark confusingly similar thereto, or any other name or mark likely to cause confusion with any of the foregoing, in connection with the advertisement, sale, rendering, or offering of any insurance agency and brokerage goods or services;

    b.    Using the Registered Mark, the phrase "The Place Where America's Insured", or any other standard character or design mark confusingly similar thereto, or any other name or mark likely to cause confusion with any of the foregoing, in any digital, print, or online advertisements, domain names, websites, search engine optimization, banners, labels, signs, prints, packages, or other promotional or sales materials;

    c.    Doing any other act or thing likely to confuse, mislead or deceive others into believing that Defendants' goods or services

emanate from, or are connected with, sponsored by or approved by Plaintiff;

d.    Employing any false advertisements or counterfeit or infringing goods, labels, signs, prints, packages, wrappers, receptacles, advertisements or other printed or electronic materials bearing the Registered Mark, the phrase "The Place Where America's Insured", or any other standard character or design mark confusingly similar thereto, or any other name or mark likely to cause confusion with any of the foregoing, or any reproduction, counterfeit, copy or colorable imitation of it; and

e.    Assisting, aiding or abetting any person or entity in engaging in any of the activity prohibited in paragraphs (a) through (d) above.

2.    This Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

**DONE AND ORDERED** in Orlando, Florida on January 4, 2024.


PAUL G. BYRON
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Parties

3